UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-08744-SVW-AS | Date | July 26, 2018 |
|---|---|---|---|
| Title | *Heather Floyd v. American Honda Motor Co., Inc. et al* | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   MINUTE ORDER RE: CASE DISMISSAL

    No amended complaint having been filed since the issuance of the Court's Order Granting Defendant's Motion to Dismiss [45], the case is closed.

: 
Initials of Preparer
PMC